IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA D. NUNES, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security. | : | NO. 15-2802 |

**FILED**

APR 2 5 2016

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

EDUARDO C. ROBRENO, J.

AND NOW, this **2 6** day of **April** , 2016, upon consideration of the

Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of

the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED

that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The Plaintiff's Request for Review is GRANTED IN PART; and

3. The matter shall be remanded and the matter is REMANDED for further review
consistent with the Report and Recommendation.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.